GRIFFIN *v.* GARRARD *et al.*

HILL, J. The writ of error in this case was sued out to review a judgment of the superior court dismissing a certiorari brought to reverse the judgment of a juvenile court awarding a minor child, in which proceeding no constitutional or other question was raised which would give the Supreme Court jurisdiction to entertain the writ of error. The case is therefore

*Transferred to the Court of Appeals. All the Justices concur.*

No. 7392. APRIL 17, 1930.

*Martin L. Bivins* and *James L. Dowling,* for plaintiff in error.